UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:11-CR-00176-TWP-DKL |
| | ) | |
| DEEDA L. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Deeda L. Smith's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant's supervised release shall be revoked.

2. The Defendant shall be committed to the Bureau of Prisons for a period of 12 months and one day.

3. The Defendant shall have no supervision following her incarceration.

4. The Defendant shall be placed at a correctional facility as soon as possible where she will be able to receive treatment and/or counseling for drug abuse and the defendant be designated to a correctional facility as close to Indianapolis, Indiana as possible.

SO ORDERED this day: 04/23/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley P. Shepard
Assistant United States Attorney

Michael J. Donahoe
Indiana Community Federal Defender

U. S. Parole and Probation

U. S. Marshal